HARRIET A. BISSETT, RESPONDENT, v. LEHIGH VALLEY RAILROAD COMPANY, APPELLANT.

Submitted May 28, 1926—Decided October 18, 1926.

On appeal from the Supreme Court, whose opinion is reported in 102 *N. J. L.* 283.

For the respondent, *Kalisch & Kalisch.*

For the appellant, *Hobart & Minard.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Katzenbach in the Supreme Court.

*For affirmance*—THE CHIEF JUSTICE, PARKER, MINTURN, KALISCH, BLACK, CAMPBELL, WHITE, GARDNER, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, JJ.   12.

*For reversal*—None.